UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CLARENCE MCNICKLES, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:20-CV-02095-E |
| THE CITY OF DALLAS, WILLIAM ORTEGA, and LARRY MOODY, | § § § § | |
| Defendants. | § § § | |

## ORDER

Before the Court is Defendants' Unopposed Motion to Consolidate Cases (Doc. No. 19). Pursuant to Fed. R. Civ. P. 42, defendants move to consolidate this case with *Ethelyn Ross v. City of Dallas, et al.*, Civil Action No. 3:20-cv-1690-E. Having reviewed the motion and the pleadings in these two cases, the Court finds the above-captioned action and Civil Action No. 3:20-cv-1690-E involve common questions of law and fact and consolidation would avoid unnecessary costs and delay. *See Fed. R. Civ. P.* 42(a); *Mills v. Beech Aircraft Corp.*, 886 F.2d 758, 761-62 (5th Cir. 1989). Accordingly, the Court **GRANTS** the motion.

Pursuant to Local Rule 42.1, all pleadings, motions, or other papers shall be filed in Civil Action No. 3:20-cv-1690-E and bear only the caption of that case, together with the legend required by Rule 42.1. The Clerk of the Court shall administratively close the above-captioned action for statistical purposes.

**SO ORDERED**; signed January 20, 2021.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE